**No. 10-7088. Gerardo Avina-Martinez, Petitioner v. United States.**

562 U.S. 1053, 131 S. Ct. 623, 178 L. Ed. 2d 452, 2010 U.S. LEXIS 8882.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 388 Fed. Appx. 754.

**No. 10-7089. Frank Wanko, Petitioner v. United States.**

562 U.S. 1053, 131 S. Ct. 623, 178 L. Ed. 2d 452, 2010 U.S. LEXIS 8922.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-7090. John Tyrone Blocker, Petitioner v. United States.**

562 U.S. 1053, 131 S. Ct. 623, 178 L. Ed. 2d 452, 2010 U.S. LEXIS 8862.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 612 F.3d 413.

**No. 09-1285. Ted L. Pappas, Petitioner v. United States.**

562 U.S. 1053, 131 S. Ct. 594, 178 L. Ed. 2d 452, 2010 U.S. LEXIS 8881.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 592 F.3d 799.

**No. 09-10488. Douglas Frechette, Petitioner v. United States.**

562 U.S. 1053, 131 S. Ct. 594, 178 L. Ed. 2d 452, 2010 U.S. LEXIS 8924.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 583 F.3d 374.

**No. 10-204. E.S.H., Petitioner v. K.D., et al.**

562 U.S. 1053, 131 S. Ct. 597, 178 L. Ed. 2d 452, 2010 U.S. LEXIS 8855.

November 15, 2010. Motion of Center for Arizona Policy, et al. for leave to file a brief as amici curiae granted. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 990 A.2d 57.

**No. 10-205. U.S. Information Systems, Inc., et al., Petitioners v. International Brotherhood of Electrical Workers Local Union No. 3, et al.**

562 U.S. 1053, 131 S. Ct. 626, 178 L. Ed. 2d 452, 2010 U.S. LEXIS 8966.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 366 Fed. Appx. 290.